FILED

APR 24 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY BT
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

Plaintiff Lowell Green #00518622

V.

Case No. SA23CA0525OG

Defendant Chief Justice James T. Wharton, et al.

---

Please See Petition Attached

IN RE LOWELL DEWAYNE GREEN Page 1 of 24
12-18-00227-CV

United States Court of Appeals For the Fifth Circuit. Art. III of the United States Constitution § 2 "Cases or Controversies" Art. III, § 3 "Treason" Committed against the United States of America. Published August 22, 2018 Twelfth Court of Appeals Tyler, Texas. Tex. Rules of App. Proc. Rule 47.2(a)(b) Chief Justice James T. Worthen. Published "Malfeasance" in McLennan County, Waco, Texas Government Corruption, False indictments, illegal arrest, Publication (defamation) Waco Tribune Herald, Waco Channel 25 News, Stripes Convenience Store Corporations, Providence Medical Center Public Medical Records possessed by Waco Police Department City of Waco, [illegible] March 24, [illegible]

FALSE IMPRISONMENT.

1. The State of Texas v. Lowell Dewayne Green. 5th

Page 1. Lowell D. Green 4/20/2023

District Court of Mclennan County, Texas Cause No. 2012-704-C2 Aggravated Robbery with a Deadly Weapon, to-wit: a "Firearm" or "BB-Handgun" on or about March 24, 2012 while in the Course of Committing theft of property (Skinny's Convenience Store) and with intent to obtain "or" maintain Control of property, intentionally "or" knowingly threatened "or" placed Chad Gray Gilek in fear of imminent bodily injury "or" death (IGR at lo) and LaQuinn Quincy Green did then and there used "or" exhibited a deadly weapon to-wit: a Firearm "or" "BB Handgun". (IGR at lo) Against the Peace and Dignity of the State. April 11, 2012 Grand Jury True Bill of Indictment $250,000.00 Bond March 24, 2012 (Repugnancy), Cause No. 2012-704-C2 Tex. Penal Code

 [illegible signature]

Ann. § 29.03 Aggravated Robbery does not appear on the face of the grand jury information as legislative intent. Tex. Penal Code Ann. § 1.07(a)(35) Skinny's Convenience Store Waco Drive and 43rd Street, Waco, Texas. Corporation (Large Entity),

2. Manager Susan Lee reported (1) 40 oz Bottle of Bud Ice Beer, (1) Carton of Newport Cigarettes, the store phone, more Cigarettes, a yellow bag, cash from the cash register, red pick up truck,

3. March 24, 2012 Lowell Quincy Green "pointed" a "Light-grey 9 milimeter type" slide back hammer firearm in third. Affidavit Susan Lee, Manager (Warwick) Waco. Affidavit Susan Lee, Manager (Ked Warwick, Waco Police 911 Emergency First Responder Gary Hiatt at Scene Skinny's Convenience Store "NO" suspect at the Scene, but the suspect on Camera (purchased) (1) 40 oz Bottle of Bud Ice Beer and (1) Carton of

Newport cigarettes with a "Lone Star" (SNAP) Benefits Card. The Store Clerk Chad Kryywick (accepted) and rung up the sales receipt and the Suspect asked for more cigarettes and Chad Kryywick turned around to get the cigarettes but when he turned back around the suspect was "pointing" a "Light-grey 9milimeter Luger" slide back Hammer Firearm in Chad Kryywick's face. March 24, 2012. N/Davit. Brady v. Maryland, 373 U.S. 83 (1963).

(4) The United States Supreme Court Mandate that Circuit Judge(s) Prade ... Leslie ... All Prado. Paul. ... Record. 16-50022 Green v. Stephens, USDC NO. 6:15-CV-235 (S.D. Tex. Houston Sept. 15, 2015) (Judge Ewing Werlein. Jr) accept (all exhibits. WRIT NO. 82,981-02 Tex. Crim. App. April 1, 2015) PDR-NO. 0343. Fourth Court of

[signature]

Appeals, San Antonio, Bexar County, Texas, Case NO. 04-13-00456-CR Cause Number 2012-104-C2, 54th District Court of McLennan County Texas. (V.C.R. at 6)

(4) Honorable Judge Matt Johnson March 29, 2012 (TREASON) Cause No. 2012-104-C2 deadly weapon, to-wit: a firearm or BB Handgun. Present mark to Hon. Judge Matt Johnson under Oath of his Office. Art. 5, 28 District Judge. Art. 16. 01(a) Texas Government (Employee's) Official Oath.

(5) (6:15-CV-285) (Judge Ewing Werlein Jr.) (S.D. Tex. Houston Sept. 15 2015) (illegal) life Sentence Richard v. Thaler, Fifth Circuit) The pleadings of pro se inmates, including petitions for state post-conviction relief, are deemed filed at the time they are delivered to prison authorities. TID

 Lowell Orr 4/20/2023

Louie Maurice Green (on) the (Face) of Cause NO. 2012-1042, District Attorney Abel Reyna, Prosecutors Brandon Luce, Landon Ramsey, Represented by Charles D. Olson, Michael W. Dixson, Debrah Walterdorf (Haley Olson) Professional Law Firm, 414th District Court of McLennan County, Texas

(8) Civil Rights NO. 2017-3304-05 Judge's Vickie Lynn Maxwell, Teresa Burton, Heather Wilson, Billy Ray Stubblefield, Tom Gray, Rex D. Davis, Al Scoggins, accepted in forma pauperis Oct. 2016 Merited Claim ruled on (en banc) Jan. 11, 2017

(9) Cause NO. 2012-1042, Opinion BY Chief Justice Tom Gray "We Resolved The Issue For Mr. Green Regarding The Deadly Weapon Is Not An Element of this Offense". Jan. 11, 2017 (Acquittal By Law). Art. 1, § 14 of the Texas Constitution (Double Jeopardy) Attached

F. 3rd 573 (5th Cir. 2013). (Mileage of Justice) 16-50522 (5th Cir. 2016) (Green v. Stephens) Dismissed Sept. 15, 2015. 6:15-cv-293 Transferred to the Western District of Texas Waco Division, United States District Judge Walter Smith, Jr. under M. H. Dietz, Magistrate Judge [illegible] Cause) Respondent Representative Texas Attorney General Ken Paxton, Susan Francis San Miguel. March 24, 2012. Cause No. 2012-704-C2 5:112 at 279. Stingy's Convenience Store [illegible] was robbed (1 CR at 6) [illegible] Aggravated Robbery Deadly Weapon.

(6) i.e. with: "a firearm or BB Handgun".

(7) A Corporation, Lot Caned Wade Ann. 1.07(a)(38) Cannot Consent to such language in Cause No. 2012-704-C2 before the McLennan County Grand Jury April 11, 2012 (impeachment) of (1 verify) witness against

OTHER SIDE

april 11, 2012 Grand Jury (EDWARD TONY LUCAS [illegible] [illegible] [illegible] by the Fourth Court [illegible] [illegible] [illegible] 11, 2012 cause No. 2012 [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] McLennan County. Tenth Court of Appeals, May 15, 2015 (Mand.) life Sentence, 291st District Court of Dallas County, Texas Cause No. F92 [illegible] Aggravated [illegible] [illegible] [illegible] 3753 [illegible] [illegible] Dallas, Texas [illegible] Nov-ember 17, 1992 [illegible] [illegible] December [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] December [illegible] [illegible] [illegible] [illegible] [illegible] 0123 [illegible] [illegible] Cause No. F91-[illegible] [illegible] Dallas [illegible] [illegible]

Page 9, see other side

Page 9 of 26

Texas 283rd District Court Dallas County, Texas August 10, 1989 (30) years TDC August 28, 1989 TDCJ# 518622 Green V. State, 05-89-01178-CR (Dallas Fifth Court of Appeals) June 11, 1990 affirmed, Cause no. 1994-654C (Poss. Cocaine) Lowell Quincy Green (119 Roper Street) McGregor, Texas 76657 54th District Court of McLennan County, Texas December 07, 1994 (25) years TDCJ# 518622 Cause no. 0872126A (Unlawful Restraint) Lowell Quincy Green (3901 Longstraw ...) Watauga, Texas. Tarrant County, May 27, 2004 (9) months TDCJ# 518622 (June 04, 2004) Parole Date Cause No. 121475(R) (Evading) Arrest Detention Lowell Quincy Green. 2400 El Lei Ave Apt. K Waco, Texas 76707 March 24, 2012. Cause No. 2012-1042 (Red Pickup Truck) (TCR 5651 72-73) 5ACR-02 at 279

May 13, 2013 Judge [illegible] South [illegible] April [illegible] and [illegible] "[illegible] [illegible] [illegible]tions" [illegible] [illegible] State [illegible] (Code [illegible]) [illegible] of [illegible] April 11, 2012 [illegible] Accused [illegible] Defendant [illegible] be tried [illegible] in [illegible] [illegible] or [illegible] criminal [illegible] [illegible] [illegible] April [illegible]

10. [illegible] 2012 [illegible] [illegible] [illegible] [illegible] [illegible] about [illegible] February [illegible] 2012 [illegible] [illegible]ting [illegible] [illegible] [illegible] of to obtain [illegible] [illegible] of

Page 10. See other side

the property intentionally "or" knowingly threatened "or" placed Jessica Espinoza in fear of imminent bodily injury "or" death and Lowell Quinn Brown did then and there used "or" exhibited a deadly weapon to-wit: a knife. Case No. 2012-791-2 (WACO TX 551200 Agency Case April 10, 2012 Against the Peace and Dignity of the State. (EXONERATION) App. Waco No. 10-16-00410-CR Jan. 11, 2017 (en banc) NO Deadly weapon

(11)

(6:15-CV-295) Records (WR-82,991-02)

(12) (NO. 04-13-00456-CR) PDR-0393-14

(13) (2012-791-2, 2012-791-22) Skinny's Information. Tex. Penal Code Ann. 31.07 (a)(255) Failure [illegible] any offense against the State of Texas Chapter 31. theft Statute, the indictment (s) does not involve either a Facially complete or incomplete indictment.

the Factual situation presented here is unique. There is no valid [illegible] pleadings.

(13) the information of the nature and cause of the accusation against a criminal defendant must come from the face of the indictment [illegible] Art. 1. [illegible] of Facts,

(14) The State of Texas [illegible] 2009 [illegible] 76707,

[illegible] County [illegible] NO. 2 [illegible] 2012 [illegible] Aggravated robbery on or about March [illegible] while in the course of committing theft of property and with intent to obtain or maintain control of property, intentionally "or" knowingly threatened "or" placed [illegible] in fear of imminent bodily injury "or"

Page 13 - See other side

death and Laurell Quincy Green did then and there used" or "exhibited a deadly weapon, to-wit:" a firearm or Blt[illegible]. Against the Peace and Dignity of the State. (EXPARTE-Patton). April 18, 2012. Public Defender Lawrence E. Johnson was Appointed, Investigator D. Youngblood, with Attorney Ms. Henderson, Dr. Baker Mental Health Expert, Dr. Marks (Incompetency), Dr. Lutor (Insanity) Court - Orders Signed Judge Mott - Johnson (Violating) his own Oath under the public "Trust."

(15) 2012-789-22, 2012-790-22, and 2012-791-22, Settle-Dent 308. May 13, 2013 (Double Jeopardy (6:15-cv-285) Ken Paxton Treason. See also Appeal No. 10-16-00434-CR (NO DEADLY WEAPON),

Jan. 11, 2017. [illegible] v. [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] County,

(10) [illegible] [illegible] [illegible] Attorney

Jennifer [illegible] [illegible] [illegible] [illegible]

2017-[illegible] [illegible] [illegible] 2310 [illegible] Tx

76102 (12-18-00227 [illegible]) [illegible] Court

Opinion [illegible] [illegible] court

to [illegible] or his Mandamus to [illegible]

Compel Judge Vick [illegible]

to [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible]

No. 2012 [illegible] [illegible] and 2012-741-22

and order [illegible] [illegible] and

[illegible] [illegible] Kristina [illegible] [illegible]

[illegible] [illegible] [illegible] (5) 11 Roper

[illegible] McGowan, [illegible] 1057

WL-BZ 991-57 (Aug. 20, 2018)

Cause No. 1[illegible] [illegible] [illegible] Judge

[illegible] [illegible] 24 2012 [illegible]

Page 14. See other [illegible]

2408 Ethel Ave Apt. A Waco, Texas 76707,

17) March 26, 2012 (BBlandown) Kimberly Batterman, 2408 Ethel Ave Apt. A Waco, Texas 76707, Cause no. 2012-1042 April 11, 2012, Cause no. 2012-790-C2 April 18, 2012, Cause no. 2012-79-C2 April 13, 2012,

18) ~~[illegible]~~. May 01, 2012 WAIVER OF ARRAIGNMENT "LAWRENCE E. JOHNSON, violating federal laws, Documented 18 U.S.C. § 241, 242 Public Records 901 Washington Ave # 400 Waco, Texas 76701 State Bar Number 15763900 (Civil NO. 2017-3504-5) 414th District Court of McLennan County, Texas. CoA [illegible] NO. 10-18-00402 (Waco) [illegible] 10-18-00227-CV

19) Brandon Luce Law Firm 7600 Bosque Blvd Ste # 2B Waco, Texas 76710 (#24049231)

20) Appellate Counsel Stan Schwieger 600 Austin Ave # 12 Waco Texas 76701.

21) Charles D. Olson. Civil NO. 10-17-00004-CV

December 21, 2017 Certified Mail 7016 2140 0000 4825 9928 [illegible] Attorney at Law 100 [illegible] Road #200 [illegible] Texas 76712-8544 To: Lowell Quincy Green #51427 (2017-3504-5) 2464 FM 2054 Tennessee Colony, Texas 75884, [illegible] Supervisor Schedule [illegible],

(24) Plaintiff requested that Judge V. [illegible] Contact the FBI to arrest [illegible] 2017-3504-5 December 21, 2017 Court of Inquiry. Tex. Govt. Code § 22.221 (authority) (Supp. 2017) § 22.221 (b) to review the indictment (5) Fraud Abel Reyna [illegible] (724) Document 18 (Federal Judge) Robert L. Pitman. (was not impartial) Page 4 of 8 (indictment) (discovery) Lawrence E. Johnson. Robert L. Pitman. Tumey v. Ohio, 273 U.S. 510, 535 (1927) Judge was dishonest on 23 (Judge).

Page 16. see other side

USC § 2254. NO. 6:15-CV-295 (Robert L. Pitman)
16-50522 (6:16-CV-424-RP) 17-50165 ([illegible])
(23) (6:17-CV-92-RP) 17-50649 Violating Civil Rights "Creating" False-Strikes "lying" on the bench "under" Oath of his Office by "Possess" ALL Document's in his Office 6:15-CV-295. USE-02-491-02 2012-704-22, 2012-790-22 and 2012-791-22 SHCR-02 at 308. Robert L. Pitman is not "Credible" on the bench and bar
(24) "unclean" hands. 6:17-CV-295-RP 17-50973 Document # 00514401114 Filed March 23, 2018 Jerry E. Smith, Clements, [illegible] Consenting to misconduct with document. 19-50051 [illegible] March 24, 2012 6:18-CV-313 (Alan D. Albright) "unclean" hands. 19-50099 [illegible]
Fourth Court of Appeals. 5:18-CV-[illegible] 1094 [illegible]
[illegible] David A. Ezra) 19-50099 (FACTS)

26) 19-20421 (Melinda Herman) U.S. NO. 4:19-cv-3257 (S.D. Tex. Nov. 2015) (No. 15-cv-2357) S.D. (Dec. 2015) [illegible]

27) 19-10 [illegible] [illegible] aggravated robbery with a deadly weapon, to-wit: a firearm or [illegible]. Tumey v. Ohio, 273 U.S. 510, 535 (1927) No matter what the evidence was against him, he had a right to have an impartial judge."

28) [illegible] 18-10701 he said [illegible] [illegible] Sunday, May 25, 1994 [illegible] August 29, 1994 [illegible]

29) No. 6:16-cv-1701, Filed Nov. 07, 2016 [illegible] 1994 [illegible] (30) [illegible]

30. [illegible]

Page 18, See other side

(31). USDC No. 6:19-cv-254 (E.D. Tex August 10, 2018) Parole Board (John D. Love) Violating the Fourteenth Amendment. [illegible]

(32) 12-18-00227-CV (Twelfth Court of Appeals) Published (Official Misconduct) Aug. 22, 2018) (Public Information Act) Government Code § 552.001 et seq. Tex. Rules of Evid. Rule 803(8)(C) Public Records Criminals Cases as against the state factual findings resulting from an investigation made pursuant to authorization granted by law. No. 12-18-00227-CV (Tyler 12th Dist. Court of Appeals) August 22, 2018 https://www.txcourts.gov/12th coa/[illegible]

(33). Lowell Quincy Green, aka Lowell Dequincy, No. 6:22-cv-44 (E.D. Tex Tyler Feb. 15, 2022) K. Nicole Mitchell - Jeremy D. Kernodle, Violated Fourteenth Amendment.

https://[illegible] /Dkt Ret [illegible] 2/9/2022 [illegible] et al. NO. 1:18-[illegible] (Fraud Contempt)

(34) USDC No. 6:22-[illegible] (E.D. Tex. [illegible]) 26, 2023. Received J. [illegible] Family Unit Mailroom Supervisor, [illegible] et al. Certified Mail from John [illegible] Love and Jeremy D. Kernodle. TDCJ [illegible] SERVICE [illegible] Jan. 26, 2023 (violation) Art. VI [illegible] of [illegible] J. [illegible] FBI Records Mr. Scott A. [illegible] UNDER OF [illegible] Jan. 27, 2023, Received Judge Jeremy D. Kernodle FACE OFFICIAL Order Booking Proof [illegible] of Congress, 28 [illegible] (1:18-[illegible]) [illegible] Clerk's Office (No. 23-cv-00[illegible]) [illegible]

(35) (FALSE IMPRISONMENT) [illegible] D. Kernodle he have his [illegible] at [illegible]

See other side

State USDC No. 6:22-cv-44 FAGS The Due Process Clause guarantees litigants an impartial judge & reflecting the principle that "no man is permitted to try case(s) No. 6:23-cv-36 when 6:18-cv-259-JDL, 6:17-cv-120-JDL (E.D. Tex. Tyler 2017) he has an interest in the out come." In re Murchison, 349 U.S. 133, 136, 75 S.Ct. 623 (1955) Where the judge has a direct, personal, substantial, or pecuniary interest, due process is violated. Bracy v. Gramley, 520 U.S. 899, 905 (1997); Aetna Life Ins. Co. v. Lavoie, 475 U.S. 813, 825 (1986); Ward v. Monroeville, 409 U.S. 57, 60 (1972); Tumey v. Ohio, 273 U.S. 510, 523 (1927); Johnson v. Mississippi, 403 U.S. 212, 215-16 (1971); In re Murchison, 349 U.S. at 137-39 (1955).

The general presumption is that judges

are honest, upright individuals,

(36) 19-10322 Lowell Dequincy Green (3 153) Bernal Drive Dallas, Texas 75212 September 21, 1982 Aggravated Robbery 3:18-CV-1951-M-BK [illegible] N. D. Tex. Dallas May 29, 2018) Judge Barbara M. G. Lynn, Rebecca [illegible] for [illegible] Ken Paxton, Susan [illegible] Miguel, No. 6:15-CV-285 (Records) 16-50522 [illegible] and those that they [illegible] above [illegible] influences, Turner v. Ohio, 273 U.S. at 532, [illegible] No.

(37) 18-40 [illegible] Ken Paxton Ken [illegible] 6:22-CV-1260 6:16-CV-1261 (K. Nicole Mitchell) (Elizabeth [illegible]) Ken Paxton, 19 [illegible] 242 Bid [illegible] Judge's

(38) (Recorded) $4 Million Dollars [illegible]

(39) No. 6:22-CV-14-JCB-[illegible] No. 22-1950 [illegible] (Contempt) JDL-KDL, 18 USC 5 401 (1) (2012) (Contempt)

(40) (Orlando L. Garcia) (5:23-CV-203) he dismissed these [illegible] & witnesses around the United States of America without a proper civil rights form)

he ruled on a sheet of paper. case No. 5:23-CV-208 Green's Complaint is largely incomprehensible. (Dkt. No. 1). he appears to be alleging at least in part, claims of false imprisonment, denial of due process and equal protection, publication of false information deadly weapons to-wit: "a Firearm or BB Handgun" 2012-701-22, 2012-790-22 (defamation) (Walter S. Smith, Jr.) Sept. 14, 2016 16-50522 (drunkard on the bench and sexual Misconduct) Presiding over Green's 2012-225 [illegible] old White, [illegible] and denial to the courts by Robert L. Pitman Oct. 2016. replacing Walter S. Smith Jr. Id. MISCARRIAGE OF JUSTICE & 14 Million DOLLARS

Judge Orlando L. Garcia Said, However, nothing in the Complaint suggests Green is in imminent danger of serious physical injury. Id) 42 U.S.C § 1915(g)(2) Congress Mandate Collateral Estoppel to Orlando L. Garcia ignorance under Oath ruling on a sheet of paper. He did not review a Standard Civil Rights Complaint 42 US § 1983, he lied on the bench and he Filed $14,000.000.00 against the United States of America on his own Motion of the Clerk Deputy JU. Collateral estoppel where Government and tyranny begins. As John Locke declared, in Second treaties. Orlando L. Garcia

Page 24. See other side

<u>trespassing on the FBI UCN</u>

34604AA NCN E202130000002?4?01 (Active) Case Proceeding a Judge who neglects his duty can be ~~[illegible]~~ impeached a Judge is not special, he is nothing but an employee for government, he can go to federal or state prison for lying to Congress, Orlando L Garcia is hereby [illegible] to produce that document for Congress inspection equal 14 Million Dollars Now April 21, 2023

I DEMAND MY LIBERTY

4(1) 16-51090 (6:15-cv-360-RP) 4:20-cv-2595 22-20131 (O.C. 2022) (Corie Burnett), 5:23-cv-102-FB (2012-190-CC) 6:16-cv-240-RP) (2012-?11?27)

4(2) 19-50044 (6:16-

(5:22-cv-0134[illegible]) The FBI have documented (5:23-cv-00442-JKP) J. Torres, Sgt. Motes, Lt. D.G. Capt. [illegible] White, Sgt. Melton, Sgt. Hublet, Lt. King, Warden [illegible] Davis (FB2-90247-BU) WP-824913 291st District Court of Dallas County, Texas Sept 21, 1982 Holding!

FINAL

The Discussing Needed. Talk to the FBI Lawyers!

Lowell [illegible]

TREASON ON RECORDS, No judge has immunity

Lowell Oneer #519022
Al Connally Unit
April 21, 2023

Lowell Green #518622
Connally Unit
899 Fm 632
Kenedy Texas 78119

Special Mail

JUDICIAL NOTICE
ART. VI. FINAL
AUTHORITY.

RECEIVED
APR 24 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

SCREENED BY CO
APR 24 2023

Judge Olando L Garcia
ADMINISTRATIVE CLERK
United States District Co.
262 W. Nueva St. #1-400
San Antonio, TX 78207